# UNITED STATES DISTRICT COURT

# DISTRICT OF MONTANA

| | |
|---|---|
| IN RE:<br>HARADA FAMILY DENTAL CARE, P.C.,<br><br>　　　　　Debtor. | Case No. 4:25-CV-00057-BMM |
| HARADA FAMILY DENTAL CARE, P.C.,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>KAPITUS SERVICING INC., AS SERVICING AGENT FOR KAPITUS LLC,<br><br>　　　　　Defendant. | Adv. No. 4:25-ap-04001-BPH<br><br>**ORDER** |

UPON CONSIDERATION of the Unopposed Motion for Remote Access filed by Defendant Kapitus Servicing, Inc., and good cause appearing, IT IS ORDERED that the Motion is GRANTED. Defendant Kapitus Servicing, Inc. will contact the Clerk of Court's Office for the Zoom link.

DATED this 18th day of October 2025.

_____
Brian Morris, Chief District Judge
United States District Courts